## Broadrick v. Broadrick, Appellant.

Argued Dec. 15, 1903. Appeal, No. 182, Oct. T., 1903, by defendant, from judgment of C. P. Blair Co., Oct. T., 1903, No. 180, on verdict for plaintiff in case of Belle Broadrick v. John Broadrick and Louisa Broadrick. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY RICE, P. J., May 19, 1904 :
This case was tried at the same time and before the same

jury as the preceding case, Broadrick v. Broadrick, 25 Pa. Superior Ct. 234. The questions are the same and for the reasons there given the assignments of error are overruled and the judgment.is affirmed.